# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt | 100 EAST FIFTH STREET, ROOM 540 POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
|---|---|---|
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 28, 2019

Ms. Lori Bullock

Mr. Ellis Bernard Freatman III

Mr. Jacob Hogg

Mr. Paul D. Hudson

Ms. Beatriz Mate-Kodjo

Mr. Brian M. Schwartz

Mr. Robert T. Zielinski

Ms. Jill Zwagerman

     Re: Case No. 19-1177, *Marie Mayerova, et al v. Eastern Michigan University, et al*
        Originating Case No. : 2:18-cv-11909

Dear Counsel,

 The Court issued the enclosed Order today in this case.

            Sincerely yours,

            s/C. Anthony Milton
            Case Manager
            Direct Dial No. 513-564-7026

cc: Mr. David J. Weaver

Enclosure