Case No. 18-2238/19-1177

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MARIE MAYEROVA; ARIANA CHRETIEN

    Plaintiffs - Appellees

v.

EASTERN MICHIGAN UNIVERSITY; JAMES M. SMITH; SCOTT WETHERBEE; BOARD OF REGENTS OF EASTERN MICHIGAN UNIVERSITY

    Defendants - Appellants

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above. The schedule for the parties to file a status report is **VACATED** and a briefing schedule will issue separately.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 15, 2019